IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HI LINE SUPPLY CO., LTD., On Behalf of Itself and Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>SIGMA CORPORATION, MCWANE, INC., and STAR PIPE PRODUCTS, LTD.<br><br>               Defendants. | :<br>:<br>:  Civil Action No. 12-859 (AET)(LHG)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT, SIGMA CORPORATION'S, RESPONSE TO PLAINTIFF, HI LINE SUPPLY CO., LTD.'S, MOTION FOR CONSOLIDATION UNDER FED. R. CIV. P. 42(a) AND MOTION FOR APPOINTMENT OF TWO INTERIM CLASS COUNSEL AND <u>ONE LIAISON COUNSEL UNDER FED. R. CIV. P. 23(g)</u>**

Defendant, Sigma Corporation ("Sigma") responds as follows to Plaintiff, HI Line Supply Co., Ltd.'s, motion for consolidation under Fed. R. Civ. P. 42(a) and motion for appointment of two interim class counsel and one liaison counsel under Fed. R. Civ. P. 23(g) for direct purchaser plaintiffs.

First, Sigma does not oppose Plaintiff's motion to consolidate pursuant to Fed. R. Civ. P. 42(a).

Second, Sigma takes no position with regard to Plaintiff's motion for appointment of two interim class counsel and one liaison counsel for direct purchaser plaintiffs.

Finally, if the Court grant's Plaintiff's motion to consolidate, Sigma respectfully requests that the Court's Order reflect that any date for responding to Plaintiff's complaint is adjourned until thirty days after the parties file a consolidated, amended complaint.

Respectfully Submitted,

s/ Stephen J. Kastenberg
Roberto A. Rivera-Soto, Esq.
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 761-3400

Stephen J. Kastenberg, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*Attorneys for Defendant Sigma Corporation*

Dated: March 19, 2012

## **CERTIFICATE OF SERVICE**

I, Stephen J. Kastenberg, Esquire, hereby certify that on the 19th day of March, 2012, a true and correct copy of the foregoing Response of Defendant, Sigma Corporation, to Plaintiff, HI Line Supply Co., Ltd.'s, motion for consolidation under Fed. R. Civ. P. 42(a) and motion for appointment of two interim class counsel and one liaison counsel under Fed. R. Civ. P. 23(g) for direct purchaser plaintiffs was served via first-class mail on:

Allyn Zissel Lite<br>
Lite DePalma Greenberg, LLC<br>
Two Gateway Center<br>
12th Floor<br>
Newark, NJ 07102-5003

*Attorneys for Plaintiff HI Line Supply Co., Ltd.*

Dated: March 19, 2012                               s/ Stephen J. Kastenberg
                                                    Stephen J. Kastenberg